# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,  :    No. 693 EAL 2015

       Respondent

                                 Petition for Allowance of Appeal from
                                 the Order of the Superior Court

       v.

JOSHUA BROWN,

       Petitioner

COMMONWEALTH OF PENNSYLVANIA,  :    No. 694 EAL 2015

       Respondent

                                 Petition for Allowance of Appeal from
                                 the Order of the Superior Court

       v.

DONNELL THOMAS,

       Petitioner

COMMONWEALTH OF PENNSYLVANIA,  :    No. 695 EAL 2015

       Respondent

                                 Petition for Allowance of Appeal from
                                 the Order of the Superior Court

       v.

JAMAL THOMAS,

       Petitioner

COMMONWEALTH OF PENNSYLVANIA,  :    No. 696 EAL 2015

       Respondent

                                 Petition for Allowance of Appeal from
                                 the Order of the Superior Court

       v.

```
                                              :
                                              :
                                              :
WILLIAM LINCOLN,                              :
                                              :
            Petitioner                        :
```

**ORDER**

**PER CURIAM**

    **AND NOW**, this 16th day of March, 2016, the Petition for Allowance of Appeal is **DENIED**.